



# MEMORANDUM OPINION

No. 04-10-00283-CV

## IN RE: CASTLE & COOKE MORTGAGE, L.L.C.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  May 5, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relator's petition, real party in interest's response, and relator's reply for a writ of mandamus and motion for emergency relief and is of the opinion the relator is not entitled to the relief sought.  Accordingly, relator's petition for a writ of mandamus, and motion for emergency relief, is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-01575, styled *Diamond T Ranch Development, Inc. v. Castle & Cooke Mortgage, LLC*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.